Shamus S. Flynn
Nevada State Bar No. 14870
shamus@flynngiudici.com
Daniel R. Giudici
Nevada State Bar No. 15228
daniel@flynngiudici.com
FLYNN GIUDICI, PLLC
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (775) 406-9595

Attorneys for Defendants Caie Foods
Partnership, Ltd. and Caie Foods Production, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AI HUA MIAO, an individual; SHENZHEN DAZHEN ELECTRONICS CO. LTD., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD., a Nevada limited liability company; CAIE FOODS PRODUCTION, LLC, a Nevada limited liability company, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 3:22-cv-00463-ART-CLB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY AND MOTION TO WITHDRAW AS ATTORNEY** |

Defendants CAIE FOODS PARTNERSHIP, LTD. and CAIE FOODS PRODUCTION, LLC hereby substitutes Flynn Giudici, PLLC, 3960 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169, (775) 406-9595, as attorney of record in place and stead of Kenneth Creighton, Esq. of Guild, Gallagher & Fuller, Ltd.

DATED: June 21, 2023.

CAIE FOODS PARTNERSHIP, LTD.

By: _____
Name: CAIE GEORGE
Its: General Manager

1

DATED: June 21, 2023.   CAIE FOODS PRODUCTION LLC.

By: _____
Name: YUJIN ZHANG
Its: General Manager

I consent to the above substitution.

DATED: June 23, 2023.   GUILD, GALLAGHER & FULLER, LTD.

By: _____
Kenneth Creighton
Nevada State Bar No. 2828

I am duly admitted to practice in this District. I accept the above substitution.

DATED: June 22, 2023.   FLYNN GIUDICI, PLLC

By: _____
Shamus S. Flynn
Nevada State Bar No. 14870
Daniel R. Giudici
Nevada State Bar No. 15228

## ORDER

Good cause appearing, the motions to substitute, (ECF No. 41), and to withdraw as attorney, (ECF No. 40), are **GRANTED**.

**IT IS SO ORDERED.**

**Dated:** June 23, 2023.

_____
UNITED STATES MAGISTRATE JUDGE