Andrew A. Bao, Esq.
Nevada State Bar No. 10508
abao@abao.law
Andrew Bao & Associates
8120 S. Rainbow Blvd, Suite 100-163
Las Vegas, Nevada 89139
Tel:  (702) 659-7302

Attorneys for Plaintiffs
Ai Hua Miao and Shenzhen Dazhen Electronics

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AI HUA MIAO, an individual; SHENZHEN DAZHEN ELECTRONICS CO. LTD., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD, a Nevada limited liability company; CAIE FOODS PRODUCTION, LLC, a Nevada limited liability company, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 3:22-cv-00463-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY**<br><br>**[THIRD REQUEST]** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rules 26-1, 26-3, and LR IA-6-1, Plaintiffs AI HUA MIAO ("Plaintiff Miao") and SHENZHEN DAZHEN ELECTRONICS CO. LTD. (Plaintiff Dazhen") (together, the "Plaintiffs") and CAIE FOODS PARTNERSHIP, LTD., and CAIE FOODS PRODUCTION, LLC (together the "Defendants") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the October 27, 2023 Order Granting Second Amended Stipulation to Extend Discovery (ECF No. 46).  This is the third request to continue the below discovery deadlines. The Parties stipulate as follows:

I. **Completed Discovery.**

The following discovery has been completed:

- The Parties have exchanged initial disclosures and continue to supplement those

disclosures as necessary.
- The Parties have exchanged written discovery as follows:
    o Plaintiffs propounded 14 sets to Defendants.
        ▪ Defendants responded to all 14 sets, including supplemental production and responses on February 8, 2024.
    o Defendants propounded 16 sets to Plaintiffs.
        ▪ Plaintiffs have responded to 11 sets, with 5 sets pending responses (5 sets served on January 31, 2024).
- Third parties responded to the outstanding subpoenas and produced documents / provided a privilege log (pursuant to Stipulated Protective Order (ECF No 44)).
- In September 2023, depositions for Defendants' representatives were taken (Penny George and Mark Ma).
- In January 2024, Plaintiff Miao's and a 30(b)(6) deposition for Plaintiff Dazhen were taken, with deponents located in Hong Kong, China.

## II. Remaining Discovery

- Written discovery responses from Plaintiffs, which are due on March 1, 2024;
- An additional Plaintiff Dazhen 30(b)(6) deposition;
- Other unanticipated written discovery depending on the deposition testimony.

## III. Good Cause.

Pursuant to LR 26-3, good cause exists to grant this Stipulation. As a threshold, the Parties are requesting extensions to discovery deadlines that have yet to expire as of the filing of this Stipulation.

Moreover, the main reason for this Stipulation is that the Parties' counsel are actively meeting and conferring as to an additional Plaintiff Dazhen 30(b)(6) deposition. Plaintiff Miao, who is also the 30(b)(6) witness for Plaintiff Dazhen, was deposed on January 17 and January 18, 2024. Plaintiff was required to travel from mainland China to Hong Kong for these depositions because existing law holds that a deposition in mainland China may be ineffective in U.S. Courts and/or defense counsel may have liability under existing Chinese law if they attempt to depose a witness in mainland China. *See*, *e.g.*, *Zhizheng Wang v. Hull*, 2020 WL 4734930, (W.D. Wash. June 22, 2020); *King.com Ltd. v.*

*6 Waves LLC*, 2014 WL 1340574, at *6 (N.D. Cal. Mar. 31, 2014).

Thus, arrangements for an additional Plaintiff Dazhen 30(b)(6) deposition will also require a witness to relocate from mainland China to Hong Kong along with various other logistical factors (costs, time difference, need for translators, etc). The Parties believe they can reach a resolution to complete any remaining discovery with an additional 60 days and without the need for court intervention.

This Stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.  There is no trial date set in this matter.  Although this is the Parties' third request for an extension, the first request in April 2023, only requested an additional 30-day extension.  The first request was made between Plaintiffs' counsel and Defendants' former counsel.  The second request, with Defendants' current counsel, sought 120 days and extensive discovery was completed during that time.  At the outset of this case the Parties discussed the possibility that Plaintiff Miao and Plaintiff Dazhen's location in China could cause difficulties in setting and taking necessary party depositions. This is now the main reason for this third request for an extension of only 60 days.

Therefore, the Parties submit that that this Stipulation is sought ought of necessity to complete discovery.   The Parties have further discussed holding a mediation following close of discovery, and thus seek an additional time period between discovery and the dispositive motion cutoff to accommodate a formal settlement proceeding.

IV.    **Current Discovery Deadlines**

- Discovery Cutoff:  **March 1, 2024**
- Dispositive Motion deadline: **April 1, 2024**
- Joint Proposed Pretrial Order: **May 3, 2024** (or, if either party has a dispositive motion pending, 30 days after the Court's ruling on the dispositive motion)

V.    **Proposed Discovery Deadlines**

- Discovery Cutoff:  **May 1, 2024**
- Dispositive Motion deadline: **August 1, 2024**

3
**STIPULATION AND ORDER TO EXTEND DISCOVERY (THIRD REQUEST)**

- Joint Proposed Pretrial Order: **September 1, 2024** (or, if either party has a dispositive motion pending, 30 days after the Court's ruling on the dispositive motion).

No prejudice will occur to this Court or the Parties if granted, further, good cause supports this request to extend discovery.

**IT IS SO STIPULATED.**

DATED February 9, 2024.                              DATED February 9, 2024

**ANDREW BAO & ASSOCIATES**               **FLYNN GIUDICI, PLLC**

By:/s Andrew Bao_____    By:/s/ Shamus Flynn (w/auth)_____
    Andrew Bao, Esq.                                          Shamus Flynn, Esq.
    8120 S. Rainbow Blvd, Suite 100-163         3960 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89139                             Las Vegas, NV 89169
    *Attorneys for Plaintiffs*                                  *Attorneys for Defendants*

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY**

In consideration of the Parties' Stipulation and good cause showing, **IT IS ORDERED THAT** the October 27, 2023 Order Granting Second Stipulation to Extend Discovery (ECF No. 46) shall be amended as follows:

- Discovery Cutoff: **May 1, 2024**
- Dispositive Motion deadline: **Augst 1, 2024**
- Joint Proposed Pretrial Order: **September 1, 2024** (or, if either party has a dispositive motion pending, 30 days after the Court's ruling on the dispositive motion).

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 12, 2024.