Andrew A. Bao, Esq.
Nevada State Bar No. 10508
abao@abao.law
Andrew Bao & Associates
8120 S. Rainbow Blvd, Suite 100-163
Las Vegas, Nevada 89139
Tel: (702) 823-4137

Attorneys for Plaintiffs
Ai Hua Miao and Shenzhen Dazhen Electronics

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AI HUA MIAO, an individual; SHENZHEN DAZHEN ELECTRONICS CO. LTD., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD, a Nevada limited liability company; CAIE FOODS PRODUCTION, LLC, a Nevada limited liability company, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:22-cv-00463-ART-CLB<br><br>**ORDER GRANTING REQUEST FOR A SETTLEMENT CONFERENCE** |

     Pursuant to Local Rule 16-5 Plaintiffs AI HUA MIAO ("Plaintiff Miao") and SHENZHEN DAZHEN ELECTRONICS CO. LTD. (Plaintiff Dazhen") (together, the "Plaintiffs") and CAIE FOODS PARTNERSHIP, LTD., and CAIE FOODS PRODUCTION, LLC (together the "Defendants") (collectively the "Parties"), by and through their attorneys, hereby stipulate to request a settlement conference take place before the Magistrate Judge. WHEREAS, Plaintiff Miao and the principal of Plaintiff Dazhen is available to attend a settlement conference before this court in person in June 2024;

     WHEREAS, the Parties have met and conferred and believe a settlement conference is appropriate at this time;

     WHEREAS, the Parties have contacted the Court to advise of this request;

WHEREAS, Plaintiffs currently reside in China, and are available to personally attend a mediation before this Court in June 2024;

WHEREAS, the Parties believe a settlement conference will require one full day and that the Magistrate Judge would be the most qualified to guide the Parties at said conference;

WHEREAS, after the Parties further conferred, the week of June 24, 2024, through June 28, 2024, would be the optimal time to schedule this settlement conference, subject to the Court's availability.

**IT IS SO STIPULATED.**

DATED May 24, 2024.                                  DATED May 24, 2024

**ANDREW BAO & ASSOCIATES**                          **FLYNN GIUDICI, PLLC**

By:/s Andrew Bao_____                           By:/s/ Shamus Flynn (w/auth)_____
   Andrew Bao, Esq.                                 Shamus Flynn, Esq.
   8120 S. Rainbow Blvd, Suite 100-163               3960 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89139                           Las Vegas, NV 89169
   *Attorneys for Plaintiffs*                        *Attorneys for Defendants*

### ORDER GRANTING STIPULATION SETTING SETTLEMENT CONFERENCE

In consideration of the Parties' Stipulation and good cause showing, **IT IS ORDERED THAT** the Parties request for a settlement conference is **GRANTED.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2024