# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| AI HUA MIAO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD., *et al.*,<br><br>Defendants. | Case No. 3:22-CV-00463-ART-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 56] |

Before the Court is Flynn Giudici, PLLC's ("Flynn Giudici") motion to withdraw as counsel for Defendants Caie Foods Partnership, Ltd. and Caie Foods Production, LLC, (collectively "Defendants"). (ECF No. 56.)

No opposition was filed, and Flynn Giudici certifies that the motion to withdraw was served on Defendants by Certified U.S. mail and e-mail. (*Id.* at 5.) Good cause appearing, the motion to withdraw, (ECF No. 56), is **GRANTED**. The Clerk shall update the docket to reflect the following address for Defendants:

> **Caie Foods Partnership, Ltd. and Caie Foods Production, LLC**
> **c/o Caie George**
> **1802A Brierley Way, #108**
> **Sparks, NV 89434**

The Clerk shall **MAIL** a copy of this order to Defendants at the above address.

Finally, Defendants are advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Defendants shall file a substitution of counsel on or before **Friday, August 30, 2024.**

**DATED**: ___July 31, 2024___.

_____
**UNITED STATES MAGISTRATE JUDGE**