**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AI HUA MIAO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CAIE FOODS PARTNERSHIP, LTD., *et al.*,<br><br>Defendants. | Case No. 3:22-CV-00463-ART-CLB<br><br>**ORDER *SUA SPONTE* EXTENDING TIME TO FILE SUBSTITUTION OF COUNSEL** |

On July 31, 2024, the Court granted Defense Counsel's motion to withdraw as counsel and ordered Defendants Caie Foods Partnership, Ltd. and Caie Foods Production, LLC (collectively "Defendants") to file a substitution of counsel on or before August 30, 2024. (ECF No. 57.) To date, a substitution of counsel has not been filed.

Defendants are again advised that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994).

**IT IS THEREFORE ORDERED** that Defendants shall have one final extension of time to **October 3, 2024,** to file a substitution of counsel. If an appearance has not been entered by **October 3, 2024**, the Court will enter a Report and Recommendation recommending that Defendants' answer, (ECF No. 25), be stricken and a default be entered against Defendants by reason of failure to "otherwise defend" this action. Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

DATED: September 3, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**