**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

AI HUA MIAO *and* SHENZHEN DAZHEN ELECTRONICS CO. LTD.,

Plaintiffs,

v.

CAIE FOODS PARTNERSHIP, LTD, *et al.*,

Defendants.

Case No. 3:22-CV-00463-ART-CLB

**ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTORS**

[ECF No. 75]

Having reviewed Plaintiffs Ai Hua Miao and Shenzhen Dazhen Electronics Co. Ltd.'s (collectively referred to as "Plaintiffs") Application for an Order for Judgment Debtor Examination of Defendants Caie Foods Partnership, Ltd. and Caie Foods Production, LLC (collectively referred to as "Judgment Debtors"), (ECF No. 75), and finding good cause appearing;

**IT IS HEREBY ORDERED** that the Judgment Debtors are ordered to appear via Zoom at the date and time chosen by Plaintiffs' attorney to testify under oath concerning their real and personal property.

**IT IS FURTHER ORDERED** that the Judgment Debtors are forbidden in the meantime from dispensing of any real or personal property not exempt from execution.

**IT IS FURTHER ORDERED** that Plaintiffs will serve the Judgment Debtors with this Order Allowing Examination of Judgment Debtor at least fifteen (15) days prior to the date of the Debtors' Examination.

The examination will address the existence, location, status, and amount of any and all assets of the Judgment Debtors.

///

///

///

Failure to appear at the time and place and to produce the documents and information described above may result in a bench warrant being issued for your arrest.

**IT IS SO ORDERED**.

**DATED**: August 14, 2026.

**UNITED STATES MAGISTRATE JUDGE**